IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAWN M. MAYFIELD, ) <br> ) <br> Defendant. ) | Case No. 8:10CR390 <br><br> **FINDINGS AND RECOMMENDATION <br> AND ORDER** |

At the conclusion of the hearing on December 8, 2010, on defendant's Motion to Suppress (#16) and Motion to Strike Surplusage from Indictment (#19), I stated my conclusions and recommendations on the record. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Joseph F. Bataillon, Chief Judge, United States District Court of Nebraska, that the Motion to Suppress (#16) be denied in its entirety, and the Motion to Strike Surplusage (#19) be granted.

**FURTHER, IT IS ORDERED:**

1.  The clerk shall cause a transcript of the hearing to be prepared and filed.

2.  Pursuant to NECrimR 59.2, any objection to the magistrate's Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 8th day of December 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge