IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR390-JFB-FG3 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| SHAWN M. MAYFIELD, | ) | THE INDICTMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, SHAWN M. MAYFIELD, pursuant to Motion of the United States (Filing No. 44).

DATED this 3rd day of May, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge